2:15cv00019 DN

```
                    3RD DISTRICT COURT - SALT LAKE
                   SALT LAKE COUNTY, STATE OF UTAH


              C7 DATA CENTERS INC vs.  COINTERRA INC
CASE NUMBER 140908198 Contracts
_____


CURRENT ASSIGNED JUDGE
        KATE TOOMEY


PARTIES
        Plaintiff -  C7 DATA CENTERS INC
        Represented by: JASON D BOREN
        Represented by: QUINTON J STEPHENS
        Defendant -  COINTERRA INC


ACCOUNT SUMMARY
        TOTAL REVENUE  Amount Due:         372.50
                      Amount Paid:         372.50
                           Credit:           0.00
                          Balance:           0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                       Amount Due:         360.00
                      Amount Paid:         360.00
                    Amount Credit:           0.00
                          Balance:           0.00
        REVENUE DETAIL - TYPE: TELEPHONE/FAX/EMAIL
                       Amount Due:          12.50
                      Amount Paid:          12.50
                    Amount Credit:           0.00
                          Balance:           0.00


PROCEEDINGS
12-03-14 Filed: Complaint                                          efiler
12-03-14 Case filed                                                efiler
12-03-14 Fee Account created      Total Due:       360.00          efiler
12-03-14 COMPLAINT - NO AMT S     Payment Received:       360.00   efiler
12-03-14 Judge KATE TOOMEY assigned.                               efiler
12-03-14 Filed: Return of Electronic Notification                  efiler
12-09-14 Fee Account created      Total Due:        12.50          alissas
12-09-14 TELEPHONE/FAX/EMAIL      Payment Received:        12.50   alissas


Printed: 01/12/15 10:23:18                                    Page 1 of 2
```

```
CASE NUMBER 140908198 Contracts
_____

            Note: TELEPHONE/FAX/EMAIL
12-10-14 Filed return: Acceptance of Service upon TIMOTHY A. DAVIDSON II
         for                                                       efiler
                 Party Served:  COINTERRA INC
                 Service Type: Personal
                 Service Date: December 10, 2014
12-10-14 Filed: Return of Electronic Notification                  efiler
01-09-15 Filed: Notice of Removal to Federal Court                 efiler
01-09-15 Filed: Return of Electronic Notification                  efiler
01-12-15 Case Disposition is Removed Fed Court                   kathrygw
         Disposition Judge is KATE TOOMEY                        kathrygw
```