IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C7 DATA CENTERS,<br><br>        Plaintiff,<br>v.<br><br>COINTERRA,<br><br>        Defendant. | **ORDER FOR SCHEDULE**<br><br>Case No.  2:15-CV-19 DN<br><br>District Judge David Nuffer |

   IT IS HEREBY ORDERED THAT:

   1.   Within 14 days after the first answer is filed, Plaintiff shall propose a schedule to Defendant in the form of a draft Attorney Planning Meeting Report.  A motion seeking relief from this requirement may be filed and heard ex parte by the magistrate judge handling civil scheduling.

   2.   Within 28 days after the first answer is filed (or such other time as may be ordered) the parties shall meet and confer and file a jointly signed Attorney Planning Meeting Report (which shall outline any areas of disagreement and each party's position) and shall send a proposed Scheduling Order in word processing format to ipt@utd.uscourts.gov.

   3.   Each party shall make initial disclosures 42 days after the first answer is filed. This deadline is not dependent on filing of an Attorney Planning Meeting Report or entry of a Scheduling Order.

   4.   The parties are urged to propose a schedule providing for:

      a.  Fact Discovery completion no more than six months after the first answer is filed.

    b. Expert Reports from the party with burden of proof on that issue 28 days after fact discovery is complete, and responsive reports 28 days thereafter.

    c. Expert Discovery complete 28 days after filing of an expert's report.

    d. Dispositive Motion filing deadline no more than 10 months after the first answer is filed.

Signed January 12, 2015.

                BY THE COURT

                _____
                District Judge David Nuffer