# EXHIBIT C

DocuSign Envelope ID: 006DBD82-7972-4DF3-A518-E0F874649C9A
Case 2:15-cv-00019-DN   Document 6-3   Filed 01/13/15   PageID.112   Page 2 of 2

C7 Statement of Work No. CT00040114-01

Company Name CoinTerra



## ADDENDUM A

### Miscellaneous Services Quote

### Data Center Location: Private Suite GPC building

C7 Data Centers  
357 South 670 West, Suite 100  
Lindon, Utah 84042  
(800) 371-6374

Customer: CoinTerra  
Contact: Ravi Iyengar

City Creek: _____  
Granite Pt. I _____  
Granite Pt. I _____  
GPC Suite: __X__

Date: 4/20/14  
Contact: Aubrey Malcom  
Phone #: 801-822-5328  
Term: 18 month

| Service | Qty | Colocation Service Details | Unit Setup Price | Total Setup Fees | Unit Monthly Fees | Total Monthly Fees |
|---|---|---|---|---|---|---|
| Cabinet(s) 48 U | 150 | In a private suite | $650.00 | $975,000.00 | $361.25 | $54,187.50 |
| Power | 600 | Primary Legs of 208V 30A (assumes .8 usage) | $550.00 | $330,000.00 | $417.12 | $250,272.00 |
| Bandwidth | 1 | 300 mbps burstable to 900 mbps | $50.00 | $50.00 | $0.00 | $0.00 |
| Network Port(s) | 2 | Includes Redundant Network Connection(s) | $50.00 | $50.00 | $0.00 | $0.00 |
| Static Ip's | 1 | Included /28 block of 16 ip's | $25.00 | $25.00 | $0.00 | $0.00 |
| Telarus Discount 15% shown in discounted MRC | | | | $1,305,125.00 | | |
| | | | NRC | Waived | MRC | $304,459.50 |

This offer expires on April 30, 2014

**AUTHORIZED SIGNATURES:**

Customer: *R Iyengar* (signature)  
Title: CEO  
Date: April 20 2014

C7: *Wes Swenson* (DocuSigned by, 3BE25E69180448C...)  
Title: CEO  
Date: 04/20/2014

C7 will provide a custom, private suite with sufficient power listed above and cooling within 4 weeks of signature. This Addendum for services is subject to the terms of the Master Service Agreement (MSA) and Statement of Work (SOW). Billing begins upon provisioning.

*Confidential | 4/20/2014*