# EXHIBIT D

C7 Statement of Work No. CT00040114-01

Company Name CoinTerra

## ADDENDUM C

### Miscellaneous Services Quote

Data Center Location:

| C7 Data Centers | Customer: CoinTerra | City Creek: ____ | Date: 5/6/14 |
| 357 South 670 West, Suite 100 | Contact: Ravi Iyengar | Granite Pt. I: ____ | Contact: Aubrey Malcor |
| Lindon, Utah 84042 | | Granite Pt. II: X | Phone #: 801-822-5328 |
| (800) 371-6374 | | Timpanogos: ____ | Term: 18 month |

| Service | Qty | Colocation Service Details | Unit Setup Price | Total Setup Fees | Unit Monthly Fees | Total Monthly Fees |
|---|---|---|---|---|---|---|
| Cabinet(s) | 10 | Full Cabinet - Lockable | $650.00 | $6,500.00 | $361.25 | $3,612.50 |
| Power | 40 | Primary Legs of 208V 30A (assumes .8 usage) | $550.00 | $22,000.00 | $417.12 | $16,684.80 |
| Bandwidth | 1 | 100 mbps burstable to 300 mpbs | $50.00 | $50.00 | $0.00 | $0.00 |
| Network Port(s) | 2 | Includes Redundant Network Connection(s) | $50.00 | $50.00 | $0.00 | $0.00 |
| Static Ip's | 1 | Included /28 block of 16 ip's | $25.00 | $25.00 | $0.00 | $0.00 |
| Telarus Discount 15% shown in discounted MRC | | | | | | |
| | | | NRC | $28,625.00 | MRC | $20,297.30 |

This offer expires on May 10, 2014

Temporary Installation until space in GPC is provisioned.

AUTHORIZED SIGNATURES:

Customer: CoinTerra          C7: Wes Swenson (DocuSigned by) 3BE25E69180448C...

Title: CEO                   Title: CEO

Date: May 7 2014             Date: 05/07/2014

This Addendum for services is subject to the terms of the Master Service Agreement (MSA) and Statement of Work (SOW). Billing begins upon provisioning.

Confidential | 5/6/14