Erik A. Olson [8479]
eolson@mohtrial.com
Trevor C. Lang [14232]
tlang@mohtrial.com
**Marshall Olson & Hull, p.c.**
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: 801.456.7655

Attorneys for Defendant
and Counterclaim Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C7 DATA CENTERS, INC., a Utah corporation,<br><br>              Plaintiff,<br>v.<br><br>COINTERRA, INC., a Delaware corporation,<br><br>              Defendant. | **CORPORATE DISCLOSURE STATEMENT OF COINTERRA, INC.**<br><br>Civil No. 2:15-cv-00019-DN |
| AND RELATED COUNTERCLAIMS. | |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant CoinTerra, Inc. hereby states as follows:

       1.     CoinTerra, Inc.:

              a.  No parent corporation exists.

              b.  No publicly held corporation owns 10% or more of its stock.

DATED this 16th day of January, 2015.

                                        **MARSHALL OLSON & HULL, P.C.**

                                        BY:    /s/ Trevor C. Lang
                                                      ERIK A. OLSON
                                                        TREVOR C. LANG

                                        ATTORNEYS FOR DEFENDANT
                                        AND COUNTERCLAIM PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF COINTERRA, INC.** was filed this 16th day of January, 2015, via the Court's electronic system, which served all counsel of record.

/s/ Trevor C. Lang