Jason D. Boren, Esq. (#7816)
Quinton J. Stephens, Esq. (#12675)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
borenj@ballardspahr.com
stephensq@ballardspahr.com

*Attorneys for Plaintiff, C7 Data Centers, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **C7 DATA CENTERS, INC., a Utah corporation**<br><br>    **Plaintiff,**<br><br>v.<br><br>**COINTERRA, INC., a Deleware Corporation**<br><br>    **Defendant.** | **BANKRUPTCY CASE STATUS REPORT**<br><br>**Case No.:  2:15-CV-00019-DN**<br><br>**Judge David Nuffer** |

Pursuant to the Court's request on July 7, 2016, Plaintiff C7 Data Centers, Inc. ("C7") hereby submits its understanding of the status of the bankruptcy case.  Attached hereto as Exhibit A is a copy of the docket relating to the Bankruptcy case for the Court's convenience.  It is C7's understanding that the bankruptcy is still pending.  However, a settlement and compromise of various disputes relating to, among other things, priority has been reached between C7 and the bankruptcy trustee.  A copy of the settlement agreement is attached hereto as Exhibit B.

DATED this 3rd day of August, 2016.

/s/ Jason D. Boren
Jason D. Boren, Esq.
Quinton J. Stephens, Esq.
BALLARD SPAHR LLP
Attorneys for Plaintiff, C7 Data Centers, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing BANKRUPTCY CASE STATUS REPORT was served to the following this 3rd day of August, 2016, in the manner set forth below:

[ X ] Through the CM/ECF System for the U.S. District Court

[  ] Hand Delivery

[  ] U.S. Mail, postage prepaid

[  ] E-mail:

>   Erik A. Olson
>   Trevor C. Lang
>   Marshall Olson & Hull, P.C.
>   Newhouse Building
>   Ten Exchange Place, Suite 350
>   Salt Llake City, UT  84111

/s/ Trista Lawson