# EXHIBIT A

APPEAL, LMTNTC

# U.S. Bankruptcy Court
## Western District of Texas (Austin)
## Bankruptcy Petition #: 15-10109-hcm

| | |
|---|---|
| | *Date filed:* 01/24/2015 |
| *Assigned to:* Bankruptcy Judge H. Christopher Mott | *341 meeting:* 03/27/2015 |
| Chapter 7 | *Deadline for filing claims:* 05/27/2015 |
| Voluntary | |
| Asset | |

**Debtor**                                          represented by **Timothy A. Davidson, II**
**Cointerra, Inc.**                                                  Andrews & Kurth L.L.P.
11130 Jollyville Rd.                                                 600 Travis, Suite 4200
Suite 303                                                           Houston, TX 77002
Austin, TX 78759                                                    713 220 3810
TRAVIS-TX                                                           Fax : 713 238 7102
Tax ID / EIN: 36-4761416                                           Email: tdavidson@akllp.com

                                                                    **Joseph P. Rovira**
                                                                    Andrews Kurth LLP
                                                                    600 Travis, Suite 4200
                                                                    Houston, TX 77008
                                                                    713-220-4200
                                                                    Fax : 713-238-5009
                                                                    Email: josephrovira@andrewskurth.com

**Trustee**                                         represented by **Steve Turner**
**Randolph N Osherow**                                              Barrett Daffin Frappier Turner & Engel
342 W Woodlawn, Suite 100                                           610 West 5th Street, Suite 602
San Antonio, TX 78212                                              Austin, TX 78701
(210) 738-3001                                                     (512) 477-0008
                                                                   Fax : (512) 477-1112
                                                                   Email: wdecf@BDFGROUP.com

| Filing Date | # | Docket Text |
|---|---|---|
| 01/24/2015 | <u>1</u><br>(3 pgs) | Voluntary Petition under Chapter 7 Without Schedules, Without Statements, (Filing Fee: $ 335) Filed By Cointerra, Inc.. -Declaration for Electronic Filing due by 02/2/2015 (Davidson, Timothy) |
| 01/24/2015 | | |

| | | |
|---|---|---|
| | | ICC-Fee Terminated for Voluntary Petition Chapter 7(15-10109) [misc,volp7] ( 335.00), Amount $ 335.00, Receipt 15536140 (re:Doc# 1) (U.S. Treasury) |
| 01/24/2015 | 2 (2 pgs) | Meeting of Creditors & Notice of Appointment of Interim Trustee Randolph N Osherow, added to the case. with 341(a) meeting to be held on 02/27/2015 at 10:00 AM at Austin Room 118. (Davidson, Timothy) |
| 01/24/2015 | 3 (1 pg) | Statement of Corporate Ownership filed. filed by Timothy A. Davidson IIfor Debtor Cointerra, Inc.. (Davidson, Timothy) |
| 01/26/2015 | 4 (29 pgs) | List of Creditors (Missing Cover Sheet) filed by Joseph P. Rovira for Debtor Cointerra, Inc.. (Rovira, Joseph) (Related Document(s): 1 Voluntary Petition under Chapter 7 Without Schedules, Without Statements, (Filing Fee: $ 335) Filed By Cointerra, Inc.. -Declaration for Electronic Filing due by 02/2/2015) Modified on 1/27/2015 (Benitez, Estella). |
| 01/28/2015 | 5 (9 pgs) | BNC Certificate of Mailing (Related Document(s): 2 Meeting of Creditors & Notice of Appointment of Interim Trustee Randolph N Osherow, added to the case. with 341(a) meeting to be held on 02/27/2015 at 10:00 AM at Austin Room 118.) Notice Date 01/28/2015. (Admin.) (Entered: 01/29/2015) |
| 02/02/2015 | | Declaration for Electronic Filing Received (Related Document(s): 1 Voluntary Petition under Chapter 7 Without Schedules, Without Statements, (Filing Fee: $ 335) Filed By Cointerra, Inc.. -Declaration for Electronic Filing due by 02/2/2015) (Benitez, Estella) (Entered: 02/03/2015) |
| 02/03/2015 | 6 (2 pgs) | Notice of Appearance and Request for Service of Notice filed by Lynn Saarinen for Creditor Future Electronics Corp.. (Saarinen, Lynn) |
| 02/03/2015 | 7 (10 pgs; 2 docs) | Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)(Saarinen, Lynn) |
| 02/03/2015 | | |

| | | |
|---|---|---|
| | | ICC-Fee Terminated for Motion Relief from Stay (15-10109-hcm) [motion,mrlfsty] ( 176.00), Amount $ 176.00, Receipt 15573706 (re:Doc# 7) (U.S. Treasury) |
| 02/05/2015 | 8 (1 pg) | **Hearing to Consider and Act Upon the Following:** (Related Document(s): 7 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) **Hearing Scheduled For 3/2/2015 at 09:30 AM at Austin Courtroom 2** (Farrar, Ronda) |
| 02/05/2015 | 9 (18 pgs; 2 docs) | Amended Motion for Relief from Stay (*14 Day Objection Language*) ( ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)(Saarinen, Lynn) (Related Document(s): 7 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) |
| 02/06/2015 | 10 (1 pg) | **Hearing to Consider and Act Upon the Following:** (Related Document(s): 9 Amended Motion for Relief from Stay (*14 Day Objection Language*) ( ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)(Saarinen, Lynn) (Related Document(s): 7 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order))) **Hearing Scheduled For 3/2/2015 at 09:30 AM at Austin Courtroom 2** (Farrar, Ronda) |
| 02/06/2015 | 11 (2 pgs) | Order Mooting (related document(s): 7 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) (Order entered on 2/6/2015) (Benitez, Estella) |
| 02/07/2015 | 12 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 8 **Hearing to Consider and Act Upon the Following:** (Related Document(s): 7 Motion for Relief from Stay (*14 Day Objection Language*) |

| | | |
|---|---|---|
| | | ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) **Hearing Scheduled For 3/2/2015 at 09:30 AM at Austin Courtroom 2**) Notice Date 02/07/2015. (Admin.) |
| 02/08/2015 | 13 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 10 **Hearing to Consider and Act Upon the Following:** (Related Document(s): 9 Amended Motion for Relief from Stay (*14 Day Objection Language*) ( ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)(Saarinen, Lynn) (Related Document(s): 7 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) **Hearing Scheduled For 3/2/2015 at 09:30 AM at Austin Courtroom 2**) Notice Date 02/08/2015. (Admin.) |
| 02/08/2015 | 14 (3 pgs) | BNC Certificate of Mailing (Related Document(s): 11 Order Mooting (related document(s): 7 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) (Order entered on 2/6/2015)) Notice Date 02/08/2015. (Admin.) |
| 02/09/2015 | 15 (113 pgs) | Schedules filed by Timothy A. Davidson IIfor Debtor Cointerra, Inc.. -Declaration for Electronic Filing due by 02/16/2015 (Davidson, Timothy) |
| 02/09/2015 | 16 (15 pgs) | Statement of Financial Affairs filed by Timothy A. Davidson IIfor Debtor Cointerra, Inc.. -Declaration for Electronic Filing due by 02/16/2015 (Davidson, Timothy) |
| 02/09/2015 | 17 (2 pgs) | Disclosure of Compensation by Attorney for Debtor filed by Timothy A. Davidson IIfor Debtor Cointerra, Inc.. (Davidson, Timothy) |
| 02/09/2015 | 18 (1 pg) | Court Entry: Request for Change of Address for Creditor BDO USA, LLP (Benitez, Estella) (Entered: 02/10/2015) |
| 02/13/2015 | 19 (1 pg) | Letter From Creditor Walter Thamm (Boyd, Laurie) (Entered: 02/17/2015) |

| | | |
|---|---|---|
| 02/13/2015 | | Declaration for Electronic Filing Received (Related Document(s): <u>15</u> Schedules filed by Timothy A. Davidson IIfor Debtor Cointerra, Inc.. -Declaration for Electronic Filing due by 02/16/2015, <u>16</u> Statement of Financial Affairs filed by Timothy A. Davidson IIfor Debtor Cointerra, Inc.. -Declaration for Electronic Filing due by 02/16/2015) (Boyd, Laurie) (Entered: 02/17/2015) |
| 02/20/2015 | <u>20</u><br>(2 pgs) | Notice of Appearance and Request for Service of Notice filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent. (Keiffer, Edwin) |
| 02/20/2015 | <u>21</u><br>(3 pgs) | Response Filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Keiffer, Edwin) (related document(s): <u>9</u> Amended Motion for Relief from Stay (*14 Day Objection Language*) ( ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)(Saarinen, Lynn) (Related Document(s): <u>7</u> Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order))) |
| 02/24/2015 | <u>22</u><br>(2 pgs) | Trustee's Request For Notice of Assets - Proofs of Claim Due 5/27/2015 (Osherow, Randolph) |
| 02/26/2015 | <u>23</u><br>(2 pgs) | Notice of Appearance and Request for Service of Notice filed by R. Adam Swick for Creditor C7 Data Centers, Inc.. (Swick, R.) |
| 02/27/2015 | <u>24</u><br>(9 pgs) | Order Setting Proof of Claims Bar Date and Certificate of Mailing Notice Date 02/27/2015. (Admin.) |
| 03/02/2015 | | Statement Adjourning 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 3/27/2015 at 01:00 PM at Austin Room 1500. (Osherow, Randolph) |
| 03/02/2015 | | Hearing Held: Agreed Order to Come. Order Due to be filed by Lynnn Saarinen. (Related Document (s): <u>9</u> Amended Motion for Relief from Stay (*14 Day Objection Language*) ( ) filed by Lynn Saarinen for Creditor Future Electronics Corp. ) (Saarinen, Lynn) (Related Document(s): <u>7</u> Motion |

| | | |
|---|---|---|
| | | for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. Order due by 3/16/2015 (Farrar, Ronda) |
| 03/05/2015 | 25 (6 pgs; 2 docs) | Application to Employ General Counsel, Barrett Daffin Frappier Turner & Engel, LLP, *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)(Turner, Steve) |
| 03/05/2015 | 26 (18 pgs) | Trustee's Motion to Limit Matrix to Those Parties Filing a Notice of Appearance and Requested Notice and Those Parties Filing a Proof of Claim *(21 Day Objection Language)* (Osherow, Randolph) |
| 03/06/2015 | 27 (2 pgs) | Order Regarding (related document(s): 9 Amended Motion for Relief from Stay (*14 Day Objection Language*) ( ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)(Saarinen, Lynn) (Related Document(s): 7 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order))) (Order entered on 3/6/2015) (Boyd, Laurie) |
| 03/19/2015 | 28 (300 pgs; 4 docs) | Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)(Keiffer, Edwin) |
| 03/20/2015 | 29 (1 pg) | **Hearing to Consider and Act Upon the Following:** (Related Document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent)) **Hearing Scheduled For 4/13/2015 at 09:30 AM at Austin Courtroom 2** (Farrar, Ronda) |
| 03/20/2015 | | ICC-Fee Terminated for Motion Relief from Stay (15-10109-hcm) [motion,mrlfsty] ( 176.00), Amount $ 176.00, Receipt 15725765 (re:Doc# 28) (Miiller) |

| 03/22/2015 | 30 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 29 **Hearing to Consider and Act Upon the Following:** (Related Document(s): 28 Motion for Relief from Stay *(14 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent)) **Hearing Scheduled For 4/13/2015 at 09:30 AM at Austin Courtroom 2)** Notice Date 03/22/2015. (Admin.) |
| 03/23/2015 | 31 (12 pgs) | Adversary case 15-01029. Complaint filed by Future Electronics Corp. (attorney Lynn Saarinen) against Fortis Advisors, LLC, Applied Circuit Technology, Inc. d/b/a Automated Circuit Design, Randolph Osherow (Filing Fee: $ 350.00) (Nature (s) of Suit:(21 (Validity, priority or extent of lien or other interest in property)),(72 (Injunctive relief - other))). (Saarinen, Lynn) |
| 03/27/2015 | 32 (3 pgs) | Notice of Appearance and Request for Service of Notice filed by Kimberly A. Walsh for Creditor Texas Comptroller of Public Accounts. (Walsh, Kimberly) |
| 03/30/2015 | | 341 Meeting of Creditors Held (Osherow, Randolph) |
| 03/31/2015 | 33 (1 pg) | Order Regarding (related document(s): 25 Application to Employ General Counsel, Barrett Daffin Frappier Turner & Engel, LLP, *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: #1 Proposed Order)) (Order entered on 3/31/2015) (Boyd, Laurie) |
| 03/31/2015 | 34 (5 pgs; 2 docs) | Motion Motion for Admission Pro Hac Vice filed by Willard Proctor Jr. for Creditor Michael Vick (Attachments: # 1 Exhibit Proposed Order Granting Motion to Appear Pro Hac Vice)(Proctor, Willard) |
| 04/01/2015 | 35 (1 pg) | Order Regarding (related document(s): 34 Motion Motion for Admission Pro Hac Vice filed by Willard Proctor Jr. for Creditor Michael Vick (Attachments: # 1 Exhibit Proposed Order Granting Motion to Appear Pro Hac Vice)) (Order entered on 4/1/2015) (Boyd, Laurie) |
| 04/01/2015 | | |

|  | [36](1 pg) | Amended Order (related document(s): 35 Order Regarding (related document(s): 34 Motion Motion for Admission Pro Hac Vice filed by Willard Proctor Jr. for Creditor Michael Vick (Attachments: # 1 Exhibit Proposed Order Granting Motion to Appear Pro Hac Vice)) (Order entered on 4/1/2015)) (Order entered on 4/1/2015) (Benitez, Estella) |
| 04/02/2015 | [37](6 pgs; 2 docs) | Motion for Admission Pro Hac Vice filed by Timothy R. Casey for Creditor Open-Silicon, Inc. (Attachments: # 1 Proposed Order)(Casey, Timothy) |
| 04/02/2015 | [38](6 pgs) | Objection *of Open-Silicon, Inc. to Noteholders' Motion for Relief from Stay* Filed by Timothy R. Casey for Creditor Open-Silicon, Inc. (Casey, Timothy) (related document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) |
| 04/02/2015 | [42](1 pg) | Court Entry: Notice of Creditor Address Change for Eric Peterson (Benitez, Estella) (Entered: 04/06/2015) |
| 04/03/2015 | [39](28 pgs; 2 docs) | Response Filed by R. Adam Swick for Creditor C7 Data Centers, Inc. (Attachments: # 1 Exhibit A (Declaration and Exs 1-2)) (Swick, R.) (related document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) |
| 04/03/2015 | [40](2 pgs) | BNC Certificate of Mailing (Related Document(s): 36 Amended Order (related document(s): 35 Order Regarding (related document(s): 34 Motion Motion for Admission Pro Hac Vice filed by Willard Proctor Jr. for Creditor Michael Vick (Attachments: # 1 Exhibit Proposed Order Granting Motion to Appear Pro Hac Vice)) (Order entered on 4/1/2015)) (Order entered on 4/1/2015)) Notice Date 04/03/2015. (Admin.) |

| 04/06/2015 | 41 (2 pgs) | Order Regarding (related document(s): 37 Motion for Admission Pro Hac Vice filed by Timothy R. Casey for Creditor Open-Silicon, Inc. (Attachments: # 1 Proposed Order)) (Order entered on 4/6/2015) (Benitez, Estella) |
| 04/07/2015 | 43 (7 pgs; 2 docs) | Motion to Reject Lease *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)(Turner, Steve) |
| 04/08/2015 | 44 (4 pgs) | Agreed Order Partially Granting (related document(s): 28 Motion for Relief from Stay *(14 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) (Order entered on 4/8/2015) (Benitez, Estella) |
| 04/08/2015 | 45 (8 pgs) | Supplemental Certificate of Service filed by Steve Turner for Trustee Randolph N Osherow. (Turner, Steve) (Related Document(s): 43 Motion to Reject Lease *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)) |
| 04/08/2015 | 46 (3 pgs) | Witness and Exhibit List filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent. (Keiffer, Edwin) (Related Document(s): 28 Motion for Relief from Stay *(14 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) |
| 04/08/2015 | 47 (3 pgs) | BNC Certificate of Mailing (Related Document(s): 41 Order Regarding (related document(s): 37 Motion for Admission Pro Hac Vice filed by Timothy R. Casey for Creditor Open-Silicon, Inc. (Attachments: # 1 Proposed Order)) (Order entered on 4/6/2015)) Notice Date 04/08/2015. (Admin.) |
| 04/09/2015 | | **STATUS Hearing to Consider and Act Upon the Following:** (Related Document(s): 28 Motion for Relief from Stay *(14 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer |

| | | |
|---|---|---|
| | | for Creditor Fortis Advisors LLC, Collateral Agent)) **Status Hearing Set For 4/10/2015 at 09:30 AM at VIA TELEPHONE** (Farrar, Ronda) |
| 04/09/2015 | 48 (6 pgs; 2 docs) | Application Motion for Admission Pro Hac Vice filed by David F. Brown for Creditor CenturyLink Communications LLC (Attachments: # 1 Proposed Order)(Brown, David) |
| 04/10/2015 | 49 (2 pgs) | Order Regarding (related document(s): 48 Application Motion for Admission Pro Hac Vice filed by David F. Brown for Creditor CenturyLink Communications LLC (Attachments: # 1 Proposed Order)) (Order entered on 4/10/2015) (Benitez, Estella) |
| 04/10/2015 | 50 (2 pgs) | Order Regarding Status Hearing (related document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) (Order entered on 4/10/2015) (Benitez, Estella) |
| 04/10/2015 | | Hearing CONTINUED (Related Document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) Hearing Scheduled For 5/20/2015 at 09:30 AM at Austin Courtroom 2 (Chapman, Anita) |
| 04/10/2015 | 51 (5 pgs) | BNC Certificate of Mailing (Related Document(s): 44 Agreed Order Partially Granting (related document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) (Order entered on 4/8/2015)) Notice Date 04/10/2015. (Admin.) |
| 04/12/2015 | 52 (3 pgs) | BNC Certificate of Mailing (Related Document(s): 49 Order Regarding (related document(s): 48 Application Motion for Admission Pro Hac Vice |

| | | |
|---|---|---|
| | | filed by David F. Brown for Creditor CenturyLink Communications LLC (Attachments: # 1 Proposed Order)) (Order entered on 4/10/2015)) Notice Date 04/12/2015. (Admin.) |
| 04/12/2015 | 53 (3 pgs) | BNC Certificate of Mailing (Related Document(s): 50 Order Regarding Status Hearing (related document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) (Order entered on 4/10/2015)) Notice Date 04/12/2015. (Admin.) |
| 04/13/2015 | 54 (3 pgs) | Notice of Appearance and Request for Service of Notice filed by David F. Brown for Creditor CenturyLink Communications LLC. (Brown, David) |
| 04/28/2015 | 55 (8 pgs; 2 docs) | Agreed Motion to Abate Briefing Schedule and Hearing on Fortis Benefits' Motion for Relief From Automatic Stay filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)(Turner, Steve) (Related Document(s): 50 Order Regarding Status Hearing (related document (s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) (Order entered on 4/10/2015)) |
| 04/29/2015 | 56 (3 pgs) | Order Regarding (related document(s): 55 Agreed Motion to Abate Briefing Schedule and Hearing on Fortis Benefits' Motion for Relief From Automatic Stay filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order) (Turner, Steve) (Related Document(s): 50 Order Regarding Status Hearing (related document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) (Order entered on 4/10/2015))) (Order entered on 4/29/2015) (Benitez, Estella) |

| 05/01/2015 | 57<br>(4 pgs) | BNC Certificate of Mailing (Related Document(s): 56 Order Regarding (related document(s): 55 Agreed Motion to Abate Briefing Schedule and Hearing on Fortis Benefits' Motion for Relief From Automatic Stay filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)(Turner, Steve) (Related Document(s): 50 Order Regarding Status Hearing (related document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) (Order entered on 4/10/2015))) (Order entered on 4/29/2015)) Notice Date 05/01/2015. (Admin.) |
| 05/05/2015 | 58<br>(2 pgs) | Order Regarding (related document(s): 43 Motion to Reject Lease *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)) (Order entered on 5/5/2015) (Chapman, Anita) |
| 05/06/2015 | 59<br>(3 pgs) | Notice of Appearance and Request for Service of Notice filed by Mark H. Ralston for Defendant Applied Circuit Technology d/b/a Automated Circuit Design. (Ralston, Mark) |
| 05/07/2015 | 60<br>(3 pgs) | BNC Certificate of Mailing (Related Document(s): 58 Order Regarding (related document(s): 43 Motion to Reject Lease *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Proposed Order)) (Order entered on 5/5/2015)) Notice Date 05/07/2015. (Admin.) |
| 05/12/2015 | 61<br>(3 pgs) | Notice of Appearance and Request for Service of Notice filed by Alan S. Gerger for Creditor Omni Logistics Inc. (Gerger, Alan) |
| 05/18/2015 | 62<br>(6 pgs; 2 docs) | Motion to Abate Hearing on Fortis Benefits' Motion for Relief From Automatic Stay filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Proposed Order)(Keiffer, Edwin) (Related Document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, |

| | | |
|---|---|---|
| | | Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order)) |
| 05/18/2015 | 63<br>(2 pgs) | Order Regarding (related document(s): 62 Motion to Abate Hearing on Fortis Benefits' Motion for Relief From Automatic Stay filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Proposed Order)(Keiffer, Edwin) (Related Document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order))) (Order entered on 5/18/2015) (Benitez, Estella) |
| 05/20/2015 | 64<br>(3 pgs) | BNC Certificate of Mailing (Related Document(s): 63 Order Regarding (related document(s): 62 Motion to Abate Hearing on Fortis Benefits' Motion for Relief From Automatic Stay filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Proposed Order)(Keiffer, Edwin) (Related Document(s): 28 Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Edwin P. Keiffer for Creditor Fortis Advisors LLC, Collateral Agent (Attachments: # 1 Exhibit A (Affidavit of Rick Fink) # 2 Exhibit A (Continued) # 3 Proposed Order))) (Order entered on 5/18/2015)) Notice Date 05/20/2015. (Admin.) |
| 06/02/2015 | 65<br>(1 pg) | Order Allowing Limited Notice (related document(s): 26 Trustee's Motion to Limit Matrix to Those Parties Filing a Notice of Appearance and Requested Notice and Those Parties Filing a Proof of Claim (*21 Day Objection Language*)) (Order entered on 6/2/2015) (Benitez, Estella) |
| 06/04/2015 | 66<br>(2 pgs) | BNC Certificate of Mailing (Related Document(s): 65 Order Allowing Limited Notice (related document(s): 26 Trustee's Motion to Limit Matrix to Those Parties Filing a Notice of Appearance and Requested Notice and Those Parties Filing a Proof of Claim (*21 Day Objection Language*)) (Order entered on 6/2/2015)) Notice Date 06/04/2015. (Admin.) |

| 06/09/2015 | <u>67</u><br>(6 pgs) | Trustee's Certificate of Limited Mailing Matrix (Osherow, Randolph) (related document(s): <u>26</u> Trustee's Motion to Limit Matrix to Those Parties Filing a Notice of Appearance and Requested Notice and Those Parties Filing a Proof of Claim *(21 Day Objection Language)*) |
| --- | --- | --- |
| 06/09/2015 | <u>68</u><br>(27 pgs; 3 docs) | Motion to Approve Compromise under Rule 9019 *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # <u>1</u> Exhibit A - Compromise and Settlement Agreement # <u>2</u> Proposed Order)(Turner, Steve) |
| 07/06/2015 | <u>69</u><br>(2 pgs) | Order Regarding (related document(s): <u>68</u> Motion to Approve Compromise under Rule 9019 *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Exhibit A - Compromise and Settlement Agreement # 2 Proposed Order)) (Order entered on 7/6/2015) (Boyd, Laurie) |
| 07/08/2015 | <u>70</u><br>(3 pgs) | BNC Certificate of Mailing (Related Document(s): <u>69</u> Order Regarding (related document(s): <u>68</u> Motion to Approve Compromise under Rule 9019 *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Exhibit A - Compromise and Settlement Agreement # 2 Proposed Order)) (Order entered on 7/6/2015)) Notice Date 07/08/2015. (Admin.) (Entered: 07/09/2015) |
| 07/10/2015 | <u>71</u><br>(10 pgs; 4 docs) | Motion to Amend Order filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # <u>1</u> Exhibit A # <u>2</u> Exhibit B # <u>3</u> Proposed Order) (Turner, Steve) (Related Document(s): <u>69</u> Order Regarding (related document(s): <u>68</u> Motion to Approve Compromise under Rule 9019 *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Exhibit A - Compromise and Settlement Agreement # 2 Proposed Order)) (Order entered on 7/6/2015)) |
| 07/14/2015 | <u>72</u><br>(2 pgs) | Amended Order (related document(s): <u>69</u> Order Regarding (related document(s): <u>68</u> Motion to Approve Compromise under Rule 9019 *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Exhibit A - Compromise and Settlement Agreement |

| | | # 2 Proposed Order)) (Order entered on 7/6/2015)) (Order entered on 7/14/2015) (Benitez, Estella) |
|---|---|---|
| 07/16/2015 | 73 (3 pgs) | BNC Certificate of Mailing (Related Document(s): 72 Amended Order (related document(s): 69 Order Regarding (related document(s): 68 Motion to Approve Compromise under Rule 9009 *(21 Day Objection Language)* filed by Steve Turner for Trustee Randolph N Osherow (Attachments: # 1 Exhibit A - Compromise and Settlement Agreement # 2 Proposed Order)) (Order entered on 7/6/2015)) (Order entered on 7/14/2015)) Notice Date 07/16/2015. (Admin.) |
| 07/24/2015 | 74 (11 pgs; 2 docs) | Second Motion for Relief from Stay *(14 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)(Saarinen, Lynn) |
| 07/24/2015 | | ICC-Fee Terminated for Motion Relief from Stay (15-10109-hcm) [motion,mrlfsty] ( 176.00), Amount $ 176.00, Receipt 16150690 (re:Doc# 74) (U.S. Treasury) |
| 07/27/2015 | 75 (1 pg) | **Hearing to Consider and Act Upon the Following:** (Related Document(s): 74 Second Motion for Relief from Stay *(14 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) **Hearing Scheduled For 9/14/2015 at 09:30 AM at Austin Courtroom 2** (Farrar, Ronda) |
| 07/29/2015 | 76 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 75 **Hearing to Consider and Act Upon the Following:** (Related Document(s): 74 Second Motion for Relief from Stay *(14 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) **Hearing Scheduled For 9/14/2015 at 09:30 AM at Austin Courtroom 2**) Notice Date 07/29/2015. (Admin.) |
| 08/19/2015 | 77 (2 pgs) | Order Regarding (related document(s): 74 Second Motion for Relief from Stay *(14 Day Objection Language)* ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. |

| | | (Attachments: # 1 Proposed Order)) (Order entered on 8/19/2015) (Miiller, Sherri) |
|---|---|---|
| 08/21/2015 | <u>78</u><br>(3 pgs) | BNC Certificate of Mailing (Related Document(s): <u>77</u> Order Regarding (related document(s): <u>74</u> Second Motion for Relief from Stay (*14 Day Objection Language*) ( Filing Fee: $ 176.00 ) filed by Lynn Saarinen for Creditor Future Electronics Corp. (Attachments: # 1 Proposed Order)) (Order entered on 8/19/2015)) Notice Date 08/21/2015. (Admin.) |
| 02/10/2016 | <u>79</u><br>(14 pgs; 5 docs) | Application to Employ Litigation Counsel, Kell C. Mercer and Kell C. Mercer, P.C. *(21 Day Objection Language)* filed by Kell C. Mercer for Trustee Randolph N Osherow (Attachments: # <u>1</u> Exhibit Disclosure of Compensation # <u>2</u> Exhibit Declaration of Counsel # <u>3</u> Service List # <u>4</u> Proposed Order)(Mercer, Kell) |
| 03/07/2016 | <u>80</u><br>(2 pgs) | Order Regarding (related document(s): <u>79</u> Application to Employ Litigation Counsel, Kell C. Mercer and Kell C. Mercer, P.C. *(21 Day Objection Language)* filed by Kell C. Mercer for Trustee Randolph N Osherow (Attachments: # 1 Exhibit Disclosure of Compensation # 2 Exhibit Declaration of Counsel # 3 Service List # 4 Proposed Order)) (Party Kell Mercer has been added to the case.) (Order entered on 3/7/2016) (Benitez, Estella) |
| 03/09/2016 | <u>81</u><br>(3 pgs) | BNC Certificate of Mailing (Related Document(s): <u>80</u> Order Regarding (related document(s): <u>79</u> Application to Employ Litigation Counsel, Kell C. Mercer and Kell C. Mercer, P.C. *(21 Day Objection Language)* filed by Kell C. Mercer for Trustee Randolph N Osherow (Attachments: # 1 Exhibit Disclosure of Compensation # 2 Exhibit Declaration of Counsel # 3 Service List # 4 Proposed Order)) (Party Kell Mercer has been added to the case.) (Order entered on 3/7/2016)) Notice Date 03/09/2016. (Admin.) |
| 04/15/2016 | <u>82</u><br>(8 pgs) | Application for Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Helt, Marcus) |
| 04/18/2016 | | |

| | | |
|---|---|---|
| | 83 (2 pgs) | **Order Dismissing Document for Lack of Compliance** (related document(s): 82 Application for Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc.) (Order entered on 4/18/2016) (Benitez, Estella) |
| 04/19/2016 | 84 (10 pgs; 2 docs) | Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)(Helt, Marcus) |
| 04/20/2016 | 85 (1 pg) | Order Setting Hearing and Deadlines Regarding (related document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) (Order entered on 4/20/2016) (Miiller, Sherri) |
| 04/20/2016 | 86 (1 pg) | **Hearing to Consider and Act Upon the Following:** (Related Document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) **Hearing Scheduled For 6/23/2016 at 10:00 AM at Austin Courtroom 2** (Farrar, Ronda) |
| 04/20/2016 | 87 (3 pgs) | BNC Certificate of Mailing (Related Document(s): 83 **Order Dismissing Document for Lack of Compliance** (related document(s): 82 Application for Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc.) (Order entered on 4/18/2016)) Notice Date 04/20/2016. (Admin.) |
| 04/22/2016 | 88 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 86 **Hearing to Consider and Act Upon the Following:** (Related Document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) **Hearing Scheduled For 6/23/2016 at 10:00 AM at Austin Courtroom 2**) Notice Date 04/22/2016. (Admin.) |
| 04/22/2016 | 89 (3 pgs) | BNC Certificate of Mailing (Related Document(s): 85 Order Setting Hearing and Deadlines Regarding (related document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim |

| | | |
|---|---|---|
| | | filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) (Order entered on 4/20/2016)) Notice Date 04/22/2016. (Admin.) |
| 05/10/2016 | 90 (7 pgs; 2 docs) | Supplement to the Application of Open-Silicon, Inc. for Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc.. (Attachments: # 1 Affidavit)(Helt, Marcus) (Related Document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim *(24 Day Objection Language)* filed by Creditor Open-Silicon, Inc.. Modified on 5/11/2016 to Correct Linkage (Benitez, Estella). |
| 05/25/2016 | 91 (8 pgs) | Notice of Abandonment of Debtor's Personal Property Pursuant to Bankruptcy Rule 6007(a) filed by Steve Turner for Trustee Randolph N Osherow. (Turner, Steve) |
| 05/25/2016 | 92 (3 pgs) | Response Filed by Steve Turner for Trustee Randolph N Osherow (Turner, Steve) (related document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) |
| 06/16/2016 | 93 (4 pgs; 2 docs) | Motion to Continue Hearing filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Proposed Order)(Helt, Marcus) (Related Document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) |
| 06/16/2016 | | **Telephonic Hearing to Consider and Act Upon the Following:** (Related Document(s): 93 Motion to Continue Hearing filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Proposed Order)(Helt, Marcus) (Related Document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order))) **Hearing Scheduled For 6/17/2016 at 09:00 AM VIA TELEPHONE...CONFERENCE DIAL-IN NUMBER: 1-712-432-3066; CONFERENCE CODE NUMBER: 816944...***FOR MORE DETAILED INFORMATION PLEASE REVIEW THE* |

| | | |
|---|---|---|
| | | *TELEPHONIC APPEARANCE PROCEDURES ON JUDGE MOTT'S INFORMATION PAGE FOUND AT WWW.TXWB.USCOURTS.GOV* (Farrar, Ronda) |
| 06/17/2016 | <u>94</u><br>(2 pgs) | Request for Removal from Matrix and to Stop Electronic Notices filed by Alan S. Gerger for Creditor Omni Logistics Inc. (Gerger, Alan) (Related Document(s): <u>61</u> Notice of Appearance and Request for Service of Notice filed by Alan S. Gerger for Creditor Omni Logistics Inc.) |
| 06/17/2016 | | **Hearing RESET FROM 6/23/16 TO 7/8/16** (Related Document(s): <u>84</u> Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) **Hearing Scheduled For 7/8/2016 at 10:00 AM at Austin Courtroom 2**...*NO FURTHER NOTICE BY THE COURT...* (Farrar, Ronda) |
| 06/17/2016 | <u>95</u><br>(1 pg) | Order Regarding (related document(s): <u>93</u> Motion to Continue Hearing filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Proposed Order)(Helt, Marcus) (Related Document(s): <u>84</u> Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order))) (Order entered on 6/17/2016) (Boyd, Laurie) |
| 06/17/2016 | | Hearing Held: GRANTED; RESET TO 7/8/16 AT 10:00 AM (Related Document(s): <u>93</u> Motion to Continue Hearing filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Proposed Order)(Helt, Marcus) (Related Document(s): <u>84</u> Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order))) (Boyd, Laurie) |
| 06/28/2016 | <u>96</u><br>(6 pgs) | Adversary case 16-01052. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against Tierpoint, LLC (Filing Fee: $ 350.00) (Nature (s) of Suit:(12 (Recovery of money/property - 547 preference))). (Mercer, Kell) |
| 06/28/2016 | | |

| | | |
|---|---|---|
| | 97<br>(6 pgs) | Adversary case 16-01053. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against NBCN, Inc. (Filing Fee: $ 350.00) (Nature(s) of Suit:(12 (Recovery of money/property - 547 preference))). (Mercer, Kell) |
| 06/28/2016 | 98<br>(6 pgs) | Adversary case 16-01054. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against Paladuro Investments, LLC (Filing Fee: $ 350.00) (Nature(s) of Suit:(12 (Recovery of money/property - 547 preference))). (Mercer, Kell) |
| 06/28/2016 | 99<br>(6 pgs) | Adversary case 16-01055. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against Kahara Law Corporation (Filing Fee: $ 350.00) (Nature(s) of Suit:(13 (Recovery of money/property - 548 fraudulent transfer))). (Mercer, Kell) |
| 06/28/2016 | 100<br>(6 pgs) | Adversary case 16-01056. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against Massive Networks, Inc. (Filing Fee: $ 350.00) (Nature(s) of Suit:(12 (Recovery of money/property - 547 preference))). (Mercer, Kell) |
| 06/28/2016 | 101<br>(6 pgs) | Adversary case 16-01057. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against CoolIT Systems, Inc. (Filing Fee: $ 350.00) (Nature(s) of Suit:(12 (Recovery of money/property - 547 preference))). (Mercer, Kell) |
| 06/28/2016 | 102<br>(6 pgs) | Adversary case 16-01058. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against Infiniti Investors, LLC (Filing Fee: $ 350.00) (Nature(s) of Suit:(11 (Recovery of money/property - 542 turnover of property))). (Mercer, Kell) |
| 06/28/2016 | 103<br>(6 pgs) | Adversary case 16-01059. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against Ascendant Engineering Solutions, LLC (Filing |

| | | |
|---|---|---|
| | | Fee: $ 350.00) (Nature(s) of Suit:(12 (Recovery of money/property - 547 preference))). (Mercer, Kell) |
| 07/08/2016 | 104 (2 pgs) | Order Regarding (related document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) (Order entered on 7/8/2016) (Miiller, Sherri) |
| 07/10/2016 | 105 (4 pgs) | BNC Certificate of Mailing (Related Document(s): 104 Order Regarding (related document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) (Order entered on 7/8/2016)) Notice Date 07/10/2016. (Admin.) |
| 07/13/2016 | 106 (6 pgs) | Adversary case 16-01063. Complaint filed by Randolph N. (as Chapter 7 Trustee) Osherow (attorney Kell C. Mercer) (On Behalf of Trustee) against Paloduro Investments, Inc. (Filing Fee: $ 350.00) (Nature(s) of Suit:(12 (Recovery of money/property - 547 preference))). (Mercer, Kell) |
| 07/21/2016 | 107 (8 pgs; 3 docs) | Notice of Appeal Filed by Marcus A. Helt for Creditor Open-Silicon, Inc. ( Filing Fee:$ 298.00 ) (Helt, Marcus) -Appellant Designation due by 08/4/2016 (related document(s): 104 Order Regarding (related document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) (Order entered on 7/8/2016)) |
| 07/21/2016 | | ICC-Fee Terminated for Notice of Appeal(15-10109-hcm) [appeal,ntcapl] ( 298.00), Amount $ 298.00, Receipt 17302450 (re:Doc# 107) (U.S. Treasury) |
| 07/24/2016 | 108 (2 pgs) | BNC Certificate of Mailing (Related Document(s): 107 Notice of Appeal Filed by Marcus A. Helt for Creditor Open-Silicon, Inc. ( Filing Fee:$ 298.00 ) (Helt, Marcus) -Appellant Designation due by 08/4/2016 (related document(s): 104 Order Regarding (related document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) (Order |

|  |  |  | entered on 7/8/2016))) Notice Date 07/24/2016. (Admin.) |
|  | 07/24/2016 | 109 (7 pgs) | BNC Certificate of Mailing (Related Document(s): 107 Notice of Appeal Filed by Marcus A. Helt for Creditor Open-Silicon, Inc. ( Filing Fee:$ 298.00 ) (Helt, Marcus) -Appellant Designation due by 08/4/2016 (related document(s): 104 Order Regarding (related document(s): 84 Application of Open-Silicon, Inc. For Administrative Expense Claim filed by Marcus A. Helt for Creditor Open-Silicon, Inc. (Attachments: # 1 Exhibit 1 - Proposed Order)) (Order entered on 7/8/2016))) Notice Date 07/24/2016. (Admin.) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/29/2016 13:58:43 | | |
| **PACER Login:** | bs0030:2517395:0 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 15-10109-hcm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |