Jason D. Boren, Esq. (#7816)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
borenj@ballardspahr.com

*Attorneys for Plaintiff, C7 Data Centers, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **C7 DATA CENTERS, INC.**, a Utah corporation<br><br>        **Plaintiff,**<br><br>v.<br><br>**COINTERRA, INC.**, a Delaware Corporation<br><br>        **Defendant.** | **RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br><br>**Case No.:  2:15-CV-00019-DN**<br><br>**Judge David Nuffer** |

Pursuant to the Court's request dated March 7, 2018, C7 Data Centers, Inc. ("C7") responds to the Court's order to show cause.  As the Court is aware, the Defendant filed a Chapter 7 bankruptcy in the U.S. Bankruptcy Court, Western District of Texas, Case no. 15-10109-HCM.  It is C7's understanding that the bankruptcy has resolved all issues in this matter and that this matter may be dismissed.

DATED this 22nd day of March, 2018.

/s/ Jason D. Boren
Jason D. Boren, Esq.
BALLARD SPAHR LLP
*Attorneys for Plaintiff, C7 Data Centers, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of copy of the foregoing RESPONSE TO COURT'S ORDER TO SHOW CAUSE was served to the following this 22nd day of March, 2018, in the manner set forth below:

[ X ] Through the CM/ECF System for the U.S. District Court

[  ] Hand Delivery

[  ] U.S. Mail, postage prepaid

[  ] E-mail:   eolson@mohtrial.com; tlang@mohtrial.com

>Erik A. Olson
>Trevor C. Lang
>Marshall Olson & Hull, P.C.
>Newhouse Building
>Ten Exchange Place, Suite 350
>Salt Lake City, UT  84111

/s/ Trista Lawson