IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C7 DATA CENTERS, INC.<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>COINTERRA, INC.,<br><br>　　　Defendant and Counterclaimant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:15-cv-00019 DN<br><br>District Judge David Nuffer |

　　　On January 26, 2015, Defendant Cointerra, Inc., filed a Notice of Bankruptcy and this case was automatically stayed.[1] On March 7, 2018, an Order to Show Cause was filed directing the parties to respond in writing why this case should not be dismissed for lack of prosecution.[2] It was also stated that if good cause was not shown by March 21, 2018, the court would enter an order of dismissal pursuant to DUCivR 41-2.[3] Neither party responded by March 21, 2018. Plaintiff, C7 Data Centers, Inc., filed a Response to Court's Order to Show Cause on March 22, 2018, indicating it was their "understanding that the bankruptcy has resolved all issues in this matter and that this matter may be dismissed."[4] Based on Plaintiff's Response to Court's Order to Show Cause, the lack of response by Defendant Cointerra, Inc., and for good cause appearing;

---

[1] Docket no. 8, filed January 26, 2015.

[2] Docket no. 13, filed March 7, 2018.

[3] *Id.*

[4] Docket no. 14, filed March 22, 2018.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint[5] and Defendant's Counterclaims[6] are dismissed with prejudice.

Dated March 23, 2018.

BY THE COURT:

David Nuffer
United States District Judge

---

[5] Docket no. 2, filed January 9, 2015.

[6] Docket no. 6, filed January 13, 2015.